# First District Court of Appeal
## State of Florida

———————————————

No. 1D18-2325

———————————————

TYRONE L. CARTER,

Petitioner,

v.

DEPARTMENT OF CORRECTIONS,
MARK S. INCH, Secretary,

Respondent.

———————————————

Petition for Writ of Certiorari—Original Jurisdiction.

September 18, 2019

PER CURIAM.

The petition for writ of certiorari is denied on the merits.

LEWIS, OSTERHAUS, and KELSEY, JJ., concur.

———————————————

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

———————————————

Tyrone L. Carter, pro se, Petitioner.

Ashley Moody, Attorney General, and Leslie A. Healer, Assistant Attorney General, Tallahassee, for Respondent.